CARL E. ROSTAD
RYAN G. WELDON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, Montana   59403-3447
119 First Ave. North, #300
Great Falls, Montana   59401
Phone:        (406) 761-7715
FAX:          (406) 453-9973
E-Mail:       Carl.Rostad@usdoj.gov
              Ryan.Weldon@usdoj.gov

**FILED**

MAY - 4 2016

Clerk, U.S. District Court
District Of Montana
Great Falls

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KELLY EAGLEMAN and VIOLET LYNN EAGLEMAN,<br><br>Defendants. | CR 16- 41 -GF-BMM<br><br>**INDICTMENT**<br><br>INCOME TAX EVASION/PAYMENT Title 26 U.S.C. § 7201 (Count I) (Penalty: Five years imprisonment, $250,000 fine, three years supervised release, and costs of prosecution)<br><br>FAILURE TO FILE A CURRENCY TRANSACTION REPORT/ STRUCTURING (Count II) Title 31 U.S.C. § 5324(a)(3) (Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |
| --- | --- |

THE GRAND JURY CHARGES:

1

## COUNT I

That between on or about January 13, 2013, and continuing thereafter until on or about February 11, 2013, at Havre, in the State and District of Montana, and other places, the defendant, BRIAN KELLY EAGLEMAN, a resident of Box Elder, Montana, did willfully attempt to evade and defeat the payment of a large part of the income tax due and owing by him to the United States of America for the calendar years 2002 to 2008, inclusive, and 2010, in the amount of $122,922.19, more or less, by converting a $50,000 cashier's check, dated April 25, 2012, and made payable to the Internal Revenue Service, into cash payments from which no monies were paid toward the then existing tax liability, in violation of 26 U.S.C. § 7201.

## COUNT II
## INTRODUCTION

At all times relevant to this Indictment:

1.     Leon's Pawn and Rental, Inc., and Leon's Finance, Inc., operated the commercial business known as Leon's Buy and Sell, a pawn shop and check cashing business in Havre, Montana.

2.     Leon's Pawn and Rental, Inc., and Leon's Finance, Inc., were registered as Money Service Businesses with the Financial Crimes Enforcement Network, of the U.S. Department of the Treasury, and constituted a "money

services business" under 31 C.F.R. 1010.100(ff)(2), and, in turn, a "financial institution" under 31 C.F.R. 1010.100(t)(3).

3.       As a domestic financial institution engaging in check cashing transactions, Leon's Pawn and Rental, Inc. and Leon's Finance, Inc. were required to file a Currency Transaction Report (CTR) each time either business engaged in a "transaction in currency" involving more than $10,000 by or on behalf of the same customer on the same day and was prohibited from participating in the "structuring" transactions or a series of transactions involving $10,000 to purposely avoid the reporting requirement.

## STRUCTURING TRANSACTIONS TO AVOID THE FILING OF A CURRENCY TRANSACTION REPORT

That between on or about April 26, 2013, and June 3, 2013, at Havre, in the State and District of Montana, the defendant, VIOLET LYNN EAGLEMAN, a resident of Box Elder, Montana, knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did structure transactions with a domestic financial institution, that is, by cashing four checks in $9000 denominations, for a total of $36,000 in currency, at Leon's Buy and Sell, a Havre, Montana, check cashing business, in violation of 31 U.S.C. § 5324(a)(3).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

FOR MICHAEL W. COTTER
United States Attorney

(for) JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓✓
Warrant:_____
Bail:_____

I.A set for 5/17/16
@10am w/ Judge
Johnston

4